Donnie ARRINGTON, Plaintiff–Appellee,

v.

Chase JENKINS, individually and in his official capacity as an officer of the City of Rainbow City Police Department, Defendant–Appellant,

Morris Alexander, et al., Defendants.

No. 06–11281

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 12, 2006.

Jay (Joseph) Brady Lewis, Law Offices of Jay Lewis, Montgomery, AL, for Plaintiff–Appellee.

Howard Edgar Howard, Ford, Howard & Cornett, P.C., Gadsden, AL, for Defendant–Appellant.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

One of the defendants, Charles Clifton, appeals the order of the district court denying him qualified immunity. The trial judge found that the facts are not, at this stage, undisputed.

We have reviewed the briefs, record and the order of the district judge. We agree that questions of fact, hotly disputed, prevent grant of qualified immunity.

AFFIRMED.